IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
DIOGENES E. PENA

Case No. 9:19-bk-10132-FMD

DEBTOR.

_____/

## TRUSTEE'S MOTION TO APPROVE STIPULATION ON REPURCHASE OF ASSETS AND ABANDON PROPERTY OF THE ESTATE

COMES NOW the Trustee, Robert E. Tardif Jr., and moves the Court to approve the attached Stipulation and as grounds states that it would be in the best interest of the bankruptcy estate for the Stipulation to be approved. The terms of the Stipulation do not constitute a compromise.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the attached proof of service plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the Trustee, Robert E. Tardif Jr., Post Office Box 2140, Fort Myers, Florida 33902 and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or may consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

WHEREFORE the Trustee moves the Court to enter an Order approving the terms of the Stipulation and directing that the Debtor comply with the terms of the Stipulation.

*Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee and Robert Sanchez and by regular U.S. Mail to Diogenes E. Pena, 2600 NW 3rd Place, Cape Coral, FL 33993 and all creditors and parties in interest on the attached matrix on July 10, 2020.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Esquire
P.O. Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756
Email: rtardif@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

DIOGENES E PENA                                         Case No. 9:19-bk-10132-FMD

_____Debtor._____/

## STIPULATION ON REPURCHASE OF ASSETS AND TO ABANDON PROPERTY OF THE ESTATE

1. The Debtor shall be entitled to repurchase the equity in the non-exempt portion of the following property, as described on attached Asset Worksheet (Asset Numbers 3, 4, 5) by paying the total amount of $2,047.53, as itemized in Column 3, payable over sixteen months: household goods, electronics, clothing. The Debtor shall pay $127.97 beginning August 1, 2020, and continuing on the same day of each month thereafter for a total of fifteen months. The Debtor shall make a sixteenth and final monthly payment of $127.98. The Debtor shall also surrender to the Trustee $10/12^{ths}$ of any 2019 tax refund, calculated after deduction of any earned income credit, which Trustee has received. All payments shall be mailed and be made payable to Robert E. Tardif Jr., Trustee, Post Office Box 2140, Fort Myers, FL 33902. If the Debtor pay more than the total amount referenced above, the Trustee is permitted to deposit and administer the funds. The Trustee may deposit post-dated checks upon receipt. In the event payment is not received by the Trustee within five calendar days after the due date and Trustee sends a demand letter, Debtor agree to pay a fee of $75.00 for each letter sent, which will be added to the following payment due.

2. If the Debtor fail to pay as agreed or breach any other term or condition of this Stipulation, the Trustee shall have the right to accelerate the remaining balance due and to file an adversary proceeding for said sums together with estimated attorney's fees and costs for the need to file an adversary proceeding. Further, the Trustee shall have the right to seek the revocation or denial of the Debtor's discharge, as appropriate, due to the failure to comply with the terms of the Stipulation and Order approving the Stipulation. If the Debtor bounce any check, the Debtor shall only be allowed to pay by money order and shall pay any bank service charges as a result of the bounced check.

3. Additionally, Trustee intends to abandon the following property of the estate, which property is burdensome to the estate and/or is of inconsequential value to the estate:

| PROPERTY | LIENHOLDER | LIEN | VALUE |
|---|---|---|---|
| Homestead 2600 NW 3rd Place Cape Coral, FL 33993 | Wells Fargo 1000 Blue Gentian Rd., #300 Eagan, MN 55121 | $139,207.46 | $167,959.00 |
| 2017 Hyundai Santa Fe | Santander Consumer USA P.O. Box 660633 Dallas, TX 75266 | $17,647.86 | $17,575.00 |
|  |  |  |  |
|  |  |  |  |

4.    This Stipulation is subject to filing a Motion to Approve Stipulation and no objections or higher bids being received. If a higher bid is received, the Trustee shall notify the Debtor to arrange an auction. In the event the Debtor is not the high bidder for any property being repurchased at private sale, the Debtor will receive a refund of any funds paid by the Debtor for said property.

| | |
|---|---|
| ROBERT E. TARDIF JR.<br>Attorneys for Trustee<br>P.O. Box 2140<br>Ft. Myers, FL 33902<br>Telephone: 239/362-2755<br><br>By: _____<br>ROBERT E. TARDIF JR.<br>Florida Bar No. 818704 | ROBERT SANCHEZ<br>Attorney for Debtor<br>355 W 49th Street<br>Hialeah, FL 33012<br>Telephone: (305) 687-8008<br><br>By: _____<br>ROBERT SANCHEZ<br>Florida Bar No. _____ |

_____
DIOGENES E. PENA

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case Number: | 19-10132 CED | Trustee: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | DIOGENES E PENA | Filed (f) or Converted (c): | 10/25/19 (f) |
| Period Ending: | 05/29/20 | §341(a) Meeting Date: | 12/03/19 |
| | | Claims Bar Date: | |

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | HOMESTEAD- 2600 NW 3RD PLACE CAPE CORAL FL 33993-0000 LEE COUNTY | 167,959.00 | 0.00 | OA | 0.00 | FA | 139,207.46 | 167,959.00 |
| 2 | HYUNDAI SANTA FE 2017 54561 MILES | 17,575.00 | 0.00 | OA | 0.00 | FA | 17,647.86 | 0.00 |
| 3 | HOUSEHOLD GOODS ($240.00 service fee added) Requested appraisal  2 COUCHES, LOVE SEAT, CENTER TABLE, 2 CORNER TABLES, 2 CHAIRS, 2 LAMPS AND MISCELLANEOUS DECORATIVE ITEMS.KITCHEN: REFRIGERATOR, TOASTER, COFFEE MAKER, DISHWASHER, STOVE, 6 CHAIRS, 12 POTS, 18 PLATES, 12 CUPS, 18 SILVERWARE | 2,800.00 | 1,752.53 | | 0.00 | 2,650.00 | 0.00 | 897.47 |
| 4 | TV, DVD, STEREO, CELLPHONE, 2 COMPUTERS AND PRINTER.ALL IS OWN JOINTLY WITH NON-FILING SPOUSE. VALUE IS DEBTORSVALUATION BASED ON AGE AND CONDITION. | 855.00 | 230.00 | | 0.00 | 230.00 | 0.00 | 0.00 |
| 5 | USED CLOTHES AND SHOES, VALUE IS DEBTORS VALUATION BASED ON AGEAND CONDITION. | 60.00 | 65.00 | | 0.00 | 125.00 | 0.00 | 60.00 |
| 6 | CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| 7 | SAVINGS ACCOUNT: SUNCOAST CREDIT UNION SAVINGS ACCOUNT NO.: XXXX2478-0000 | 5.00 | 0.00 | | 0.00 | FA | 0.00 | 5.00 |
| 8 | CHECKING ACCOUNT: SUNCOAST CREDIT UNION CHECKING ACCOUNT NO.: XXXX2478-0050 | 17.53 | 0.00 | | 0.00 | FA | 0.00 | 17.53 |
| 9 | SOUTHERN STATES SAVINGS AND RETIREMENT TRUST FUND BIMBO BAKERIES RETIREMENT ACCOUNT | 153,902.60 | 0.00 | | 0.00 | FA | 0.00 | 153,902.60 |
| 10 | 2019 TAX REFUND (u) | 0.00 | 1,199.16 | | 1,439.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS (Excluding Unknown Values)** | | **$343,194.13** | **$3,246.69** | | **$1,439.00** | **$3,005.00** | **156,855.32** | **322,861.60** |

**Major activities affecting case closing:**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:19-bk-10132-FMD<br>Middle District of Florida<br>Ft. Myers<br>Fri Jul 10 10:05:23 EDT 2020 | Caryl E. Delano<br>Tampa<br>, FL | Diogenes E Pena<br>2600 NW 3rd Place<br>Cape Coral, FL 33993-8781 |
| Read and Kelley Estate Services, LLC<br>PO Box 3111<br>North Fort Myers, FL 33918-3111 | Santander Consumer USA Inc.<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Wells Fargo Bank N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Best Buy<br>Credit Services<br>PO Box 790441<br>Saint Louis, MO 63179-0441 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Comenity Bank/HSN<br>PO Box 659584<br>San Antonio, TX 78265-9584 | LVNV Funding LLC<br>c/o Mandarich Law Group<br>801 International Parkway<br>Suite 500<br>Lake Mary, FL 32746-4763 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Onemain Financial, Inc.<br>986 Bernwood Place Drive<br>Fort Myers, FL 33966 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Safeguard America<br>55 Sebethe Drive<br>Cromwell, CT 06416-1054 |
| Santander Consumer USA<br>PO Box 660633<br>Dallas, TX 75266-0633 | Syncb/Amazon<br>PO Box 960013<br>Orlando, FL 32896-0013 | Syncb/Paypal<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | Wells Fargo<br>1000 Blue Gentian Road<br>Suite 300<br>Eagan, MN 55121-7704 | Robert Sanchez +<br>Robert Sanchez PA<br>355 W 49th Street<br>Hialeah, FL 33012-3715 |
| Robert E Tardif Jr.+<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | Robert E Tardif, Attorney for Trustee +<br>Robert E. Tardif, Jr., P.A.<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | United States Trustee - FTM7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Bradley Halberstadt +<br>Stewart Zlimen & Jungers, Ltd,<br>2860 Patton Road<br>Roseville, MN 55113-1100 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                  25 |